**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 154 WAL 2018

Respondent   :

  : Petition for Allowance of Appeal from
  : the Order of the Superior Court

v.   :

AUSTIN O. CARTNEY,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.